ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

MAY – 5 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| | ) |
| GLENDA JOYCE SCHROEDER | ) Case No. 06-51036 ASW |
| | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) |
| Debtor | ) |
| | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

   Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489547 for an unclaimed dividend in the amount of $9.73. The name and address of the claimant entitled to the unclaimed dividend is as follows;

   GLENDA JOYCE SCHROEDER
   2201 MONROE ST #1704
   SANTA CLARA, CA 95050

Dated: May 03, 2011

DEVIN DERHAM-BURK, TRUSTEE